J. WILLIAM LEE, Respondent, *v.* AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.

(Argued October 23, 1929; decided November 19, 1929.)

*Everett W. Bovard* for appellant.

*Alfred B. Nathan* and *S. Howard Imbrey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.